United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MT. HEBRON MISSIONARY BAPTIST CHURCH, <br>    Plaintiff, <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY and RICHARD DENNIS SUKOLICS, SR., <br>    Defendants. | § § § § § § § § § § § § <br><br> CASE NO. 4:17-CV-3164 |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute. Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **August 24, 2018**, that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 24th day of **July, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3164ConditionalDO.docx  180724.1322